NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, TWISTED PIXEL GAMES, LLC,**
*Appellants*

**v.**

**EIGHT KHZ, LLC,**
*Cross-Appellant*

---

2025-1514, 2025-1566

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01023.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                    META PLATFORMS, INC. V. EIGHT KHZ, LLC

(2) Each side shall bear their own costs.

FOR THE COURT

May 1, 2026
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 1, 2026